# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| AMY THOMPSON, | ) |
| Plaintiff, | ) 2:16-cv-01343-NJ |
| v. | ) Magistrate Judge Joseph |
| DOBBERSTEIN LAW FIRM, LLC, and DUKE CAPITAL, LLC, | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** January 25, 2017

| **For Plaintiff, Amy Thompson** | **For Defendants, Duke Capital, LLC and Dobberstein Law Firm, LLC** |
|---|---|
| /s David M. Marco | /s with consent Meghan P. MacKelly |
| SMITHMARCO, P.C. | Dobberstein Law Firm, LLC |
| 55 W. Monroe Street, Suite 1200 | 225 S. Executive Dr., Suite 201 |
| Chicago, IL 60603 | Brookfield, WI 53005 |
| **Telephone:** (312) 546-6539 | **Telephone:** (262) 641-3715 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (262) 641-3719 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** mpm@dlflaw.com |

1